UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-cv-80237

ARRIVAL STAR, SA, and MELVINO
TECHNOLOGIES LIMITED,

      Plaintiffs,

v.

SOLMAR-UNIVERSAL TANKER
CHARTERING, INC.,

      Defendant.

_____

### RESPONSE TO THE COURTS ORDER TO SHOW CAUSE DATED JUNE 24, 2015

Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited (collectively "Plaintiffs"), through their undersigned counsel, file this response to the Court's Order to Show Cause dated June 24, 2015, and in support, allege as follows:

1.     Prior to litigation being filed, Plaintiffs attempted to contact Defendants regarding their likely infringement, but received no response and were left with no alternative than to proceed with litigation in order to protect their intellectual property rights.

2.     On or about February 23, 2015, The Plaintiffs filed the above entitled action against Defendant.

3.     After the Complaint was filed and the Clerk Issued the Summons, undersigned contacted his local process server, We Serve Process, LLP ("WSP"), to perfect service.

4.     On March 9, 2015, Plaintiffs counsel received correspondence from an attorney alleging to be counsel for Defendants.

5.     Upon receipt of the this correspondence undersigned contacted WSP and advised him to hold off on service, as we were attempting to speak with Defendants Counsel.

6.      Thereupon, undersigned counsel and Plaintiffs agent, Edward Turnbull, attempted several times without success to contact Defendant's counsel and discuss the matter further.

7.      Receiving no response from Defendant or counsel, undersigned contacted WSP and instructed him to engage an out of state process server and proceed with attempting to perfect service.

8.      Defendant, is a New Jersey company, and lists Mr. Wolfgang Wittling, 11 Carla Court, Morristown, NJ 07960 (the "Property"), as its registered agent. (Attached please find a copy of Defendants Business listing with the New Jersey Secretary of State)

9.      On June 11, 2015, the out of state process server was able to serve the paperwork upon, Natalia Carr, who identified herself as the housekeeper at the Property. (Attached please find the Return of Service)

10.     Unfortunately, the process server did not confirm that Ms. Carr was a resident at the Property and thus service was not perfected.

11.     Since June 11, 2015, the process server has return to the Property on four (4) separate occasions to perfect service, but has been unable to. (Attached please find a copy of the Return of Non-Service)

12.     Undersigned has instructed WSP to have the out of state process server continue to attempt to perfect service.

13.     Undersigned is confident that, with an extension of time, the Plaintiffs will be able to perfect service upon the Defendant.

14.     Lastly, on July 1, 2015, undersigned received Defendants Motion to Dismiss for Lack of Jurisdiction and Improper Venue, or in the alternative to Transfer Venue. It should be

noted that nowhere in Defendants Motion does it attack the service of process done on June 11, 2015 as improper. (D.E. 8)

## CONCLUSION

Based on all of these reasons, Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited respectfully request that the Court grant Plaintiffs additional time to perfect service and any other relief the Court deems appropriate under these circumstances.

Dated: July 6, 2015.                           Respectfully submitted,

/s/ Jason P. Dollard
Jason P. Dollard, Esquire
Florida Bar Number: 0649821
Leslie Robert Evans & Assoc., PA
214 Brazilian Avenue, Suite 200
Palm Beach, Florida 33480
Telephone: 561-832-8288
Facsimile: 561-832-5722
Email: jdollard@jpdesq.com

**Counsel for Plaintiffs**

CERTIFICATE OF SERVICE

      I hereby certify that on July 6, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day, via transmission of Notices of Electronic Filing generated by CM/ECF, on the counsel listed below.

**McCUSKER, ANSELMI, ROSEN**
**& CARVELLI, P.C.**
210 Park Avenue, Suite 301
Florham Park, NJ 07932
(973) 635-6300
Attorneys for Defendant
Paul F. Carvelli
pcarvelli@marc-law.com
*Counsel for Defendant*

**HERNANDEZ LEE MARTINEZ, LLC**
*Counsel for Defendant*
255 Aragon Ave., Suite 300
Coral Gables, Florida 33134
Phone: (305) 842-2100
Facsimile: (305) 842-2105
By: s/ Jermaine A. Lee
**Jermaine A. Lee, Esq.**
Florida Bar. No.: 0850861
jlee@hlmlegal.com