UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-cv-80237

ARRIVAL STAR, SA, and MELVINO
TECHNOLOGIES LIMITED,

     Plaintiffs,

v.

SOLMAR-UNIVERSAL TANKER
CHARTERING, INC.,

     Defendant.

_____

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited, hereby notify this Court and all parties that they voluntarily dismiss, with prejudice, all claims in this action against Defendant, Solmar-Universal Tanker Chartering, Inc., with all parties to bear their own costs, expenses and attorneys' fees.

Dated:  July 20, 2015

Respectfully submitted:

s/Jason P. Dollard

JASON P. DOLLARD, FBN 0649821
Email: jdollard@LrEvansPa.com
Leslie Robert Evans & Associates, PA
214 Brazilian Avenue, Suite 200
Palm Beach, Florida 33480
Telephone: (561) 832-8288
Facsimile: (561) 832-5722
Counsel for Plaintiffs