UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80237-CIV-DIMITROULEAS

ARRIVAL STAR, SA, and MELVINO
TECHNOLOGIES LIMITED,

    Plaintiffs,
v.

SOLMAR-UNIVERSAL TANKER
CHARTERING, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal (the "Notice") [DE 10], filed herein on July 20, 2015. The Court has carefully considered the Notice [DE 10] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 10] is **APPROVED**;

2. This action is hereby **DISMISSED with prejudice**; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of July 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record